**STATE v. BARNETT**

[354 N.C. 350 (2001)]

STATE OF NORTH CAROLINA v. KENDALL JERMAINE BARNETT

No. 64A01

(Filed 9 November 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 141 N.C. App. 378, 540 S.E.2d 423 (2000), finding no error in a judgment imposing a sentence of life imprisonment without parole entered by Caldwell, J., on 2 December 1998 in Superior Court, Gaston County, upon a jury verdict finding defendant guilty of first-degree murder. Heard in the Supreme Court 18 October 2001.

*Roy A. Cooper, Attorney General, by Anne M. Middleton, Assistant Attorney General, for the State.*

*Staples Hughes, Appellate Defender, by Anne M. Gomez, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

AFFIRMED.